JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HICKS,<br><br>         Plaintiff,<br><br>v.<br><br>LEVEL 3 COMMUNICATIONS, LLC and DOES 1 to 10,<br><br>         Defendants. | Case No.  CV12-7358-GW(AGRx)<br><br>*Assigned to the Hon. George H. Wu, Courtroom 10*<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE AND RETENTION OF JURISDICTION** |

Pursuant to the Stipulation Re: Dismissal of Action with Prejudice and Retention of Jurisdiction , It Is Hereby Ordered:

1.     The action is dismissed with prejudice.

2.     The Court agrees to retain jurisdiction to enforce the terms of the Settlement Agreement and resolve any disputes arising under the Settlement Agreement.

Dated:  March 6, 2013

By: *[signature]*
GEORGE H. WU, U.S. District Judge

1

[PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE AND RETENTION OF JURISDICTION

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067-3007